United States District Court
Southern District of Florida
Case No. 26-24140-CV-MIDDLEBROOKS
Case No. 25-20103-CR-MIDDLEBROOKS

FILED BY ________ D.C.
AUG 17 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Brett Graham
Movant
v.
United States of America
Respondent

Objection to Government's Request for Extension of Time

In this court's order dated July 7, 2026, the government was given until August 7, 2026, to Show Cause why the court should not grant movant's amended 2255 motion to vacate the sentencing of September 16, 2025, in favor of a new evidentiary/sentencing hearing, or, in the alternative, to permit movant an out of time appeal. Stated grounds were primarily due to ineffective assistance of counsel under the Sixth Amendment. At no point in the amended motion did movant contest his guilty plea to one count of wire fraud; instead, movant made it clear he was not contesting his plea via the amended motion. In its order, the court made it clear it intended to adjudicate the matter expeditiously.

On August 5, 2026, two days before its response was due, the government filed for a twenty-one-day extension citing a need for a transcript of movant's amended plea hearing - a transcript that has been within the purview of the government to request at any time. By waiting until the last moment to request the extension, the government sought in essence to grant itself an extension of time in which to respond. This request violated the spirit of both the court's Show Cause order and concomitant notice to all parties of its intent to rule without unreasonable delay.

Movant requests the court deny the motion for extension of time as the deadline has passed, the government elected not to respond in a timely manner, and the stated basis for the extension lacks relevance to the motion at hand - and if the government deemed it relevant, then it should have requested the transcript in a timeframe consistent with the court's order. Movant notes that

the transcript in question does not appear as available on PACER even as of today, which suggests that it was not ordered any time meaningfully prior to the government deciding to seek an extension. Movant believes the government's actions demonstrate bad faith and the court should grant movant's amended motion forthwith. If not that, movant requests the court order that the response be submitted immediately.

In the event the extension is granted in whole or in part, movant requests that any extension be from the original response due date of August 7, 2026, and that no further extensions be granted.

Respectfully Submitted,

Brett Graham

Dated: August 11, 2026

CERTIFICATE OF SERVICE

I hereby certify that I mailed a copy of this response to the motion for extension to the United States Attorney at the address on record in Miami.

Brett Graham

Dated: August 11, 2026

Retail

U.S. POSTAGE PAID
PM
COLEMAN, FL 33521
AUG 13, 2026

33128

$0.00

RDC 03

S2324H505202-02

VELOPE
RED

UNITED STATES OF AMERICA FOREVER/USA

TED STATES
AL SERVICE®

PRIORITY®
MAIL

FROM: BRETT GRAHAM (#66566-SM)
FEDERAL CORRECTIONAL COMPLEX
COLEMAN CAMP
PO BOX 1027
COLEMAN, FL 33521

ecified for domestic use.

de $100 of insurance (restrictions apply).*

cluded for domestic and many international destinations.

ance.**

tionally, a customs declaration form is required.

certain items. For details regarding claims exclusions see the
http://pe.usps.com.

lanual at http://pe.usps.com for availability and limitations of coverage.

[illegible]

REC'D BY ______ D.C.
AUG 17 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - 8TH FLR
400 NORTH MIAMI AVE
MIAMI, FL 33128-7716

T RATE ENVELOPE
IGHT

INSURED

To schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

Legal Flat Rate Envelope
EP14L October 2023
OD: 15 x 9.5

how2recycle.info
PAPER POUCH

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Priority Mail and Priority Mail International shipments. Misuses may be a violation of federal law. This package is not for resale. EP14L © U.S. Postal Service; October 2023; All rights reserved.